Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>May 23, 2023 |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | USCIS ALIEN NUMBER<br>[redacted] |
| RECEIPT NUMBER<br>[redacted] | RECEIVED DATE<br>May 19, 2023 | PAGE<br>1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION<br>Cuban Adjustment Act | DATE OF BIRTH<br>[redacted] |

ILEANA ORTEGA LAZCANO
C/O TERESA MARTINEZ-CABANAS TERESA MARTINEZ CABA 2 00000568
8390 WEST FLAGLER STREET STE 214
MIAMI, FL 33144

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 23, 2023 |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | USCIS ALIEN NUMBER<br>[redacted] |
| RECEIPT NUMBER<br>[redacted] | RECEIVED DATE<br>May 19, 2023 | PAGE<br>1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION<br>Cuban Adjustment Act | DATE OF BIRTH<br>[redacted] |

IVAN HERRERA MARTINEZ
C/O TERESA MARTINEZ CABANAS TERESA MARTINEZ CABA 2 00000567
8390 WEST FLAGER STREET STE 214
MIAMI, FL 33144

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>May 23, 2023 |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | USCIS ALIEN NUMBER<br>[redacted] |
| RECEIPT NUMBER<br>[redacted] | RECEIVED DATE<br>May 19, 2023 | PAGE<br>1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION<br>Cuban Adjustment Act | DATE OF BIRTH<br>[redacted] |

DIAYAN HERRERA ORTEGA
C/O TERESA MARTINEZ CABANAS TERESA MARTINEZ CABA 2 00000571
8390 WEST FLAGER STREET STE 214
MIAMI, FL 33144

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY