< BACK TO RESULTS

# Facility Page

## Detention Information For:

**ILEANA ORTEGA-LAZCANO**
**Country of Birth:** Cuba
**A-Number:** 240867077

## Current Detention Facility:

EL PASO PROCESSING CENTER
8915 MONTANA AVE.
NA
EL PASO, TX 79925
**Visitor Information:** (915) 225-1941

MORE INFORMATION >



# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

ERO - El Paso, TX SPC Sub-Office
**Phone Number:** (915) 225-0700

BACK TO SEARCH >

Official Website of the Department of Homeland Security

U.S. Immigration and Customs Enforcement

Report Crimes: Email or Call 1-866-DHS-2-ICE

Home | Who We Are | **What We Do** | Newsroom | Information Library | Contact ICE

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**IVAN HERRERA-MARTINEZ**
**Country of Birth:** Cuba
**A-Number:** 240867080

## Current Detention Facility:

EL PASO PROCESSING CENTER
8915 MONTANA AVE.
NA
EL PASO, TX 79925
**Visitor Information:** (915) 225-1941

MORE INFORMATION >



# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

ERO - El Paso, TX SPC Sub-Office
**Phone Number:** (915) 225-0700

BACK TO SEARCH >

Official Website of the Department of Homeland Security

U.S. Immigration and Customs Enforcement

Report Crimes: Email or Call 1-866-DHS-2-ICE

Home | Who We Are | **What We Do** | Newsroom | Information Library | Contact ICE

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**DIAYAN HERRERA-ORTEGA**
**Country of Birth:** Cuba
**A-Number:** 240867079

## Current Detention Facility:

EL PASO PROCESSING CENTER
8915 MONTANA AVE.
NA
EL PASO, TX 79925
**Visitor Information:** (915) 225-1941

MORE INFORMATION >



# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

ERO - El Paso, TX SPC Sub-Office
**Phone Number:** (915) 225-0700

BACK TO SEARCH >