**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ILEANA ORTEGA LAZCANO, IVAN HERRERA MARTINEZ, AND DIAYAN HERRERA ORTEGA,** | § | |
| ***Petitioners*,** | § | **No. 3:26-CV-02163-LS** |
| **v.** | § | |
| **MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES; DAVID J. VENTURELLA, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, EL PASO FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN EL PASO PROCESSING CENTER,** | § | |
| ***Respondents*.** | § | |

**ORDER FOR SERVICE**

Petitioners Ileana Ortega Lazcano, Ivan Herrera Martinez, and Diayan Herrera Ortega seek a writ of habeas corpus under 28 U.S.C. § 2241.[1] The petition raises issues which require Respondents to show cause why the Court should not grant the relief Petitioners seek.[2] Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Respondents shall show cause by

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

**September 8, 2026**, why the Court should not grant the relief Petitioners seek by filing an answer or other responsive pleading.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 1, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").